**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

––––––––––––––––––––––––––––––––X

DAVID GOODMAN,                                    :                    [__ Civ. ____ (___)(___)]

                *Plaintiff(s),*        :

           v.                                    :

GOOGLE LLC,                                        :

              *Defendant(s).*        :

––––––––––––––––––––––––––––––––X

**ORDER TO SHOW CAUSE**

**FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

Upon (i) the affidavit of David Goodman sworn to the ___ of April, 2026, and the exhibits annexed thereto, (ii) Plaintiff's Memorandum of Law in Support of his Motion for a Temporary Restraining Order and Preliminary Injunction, and (iii) the annexed complaint, it is hereby

ORDERED, that the above named defendant[s] show cause before this Court, at Room _____, United States Courthouse, 500 Pearl Street, New York, New York 10007 on _____, _____ at _____ a.m./p.m. or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Defendant Google LLC from deleting, destroying, modifying, or transferring any Customer Data associated with the Google Workspace account for Google Support Case Number 68548212, and directing Defendant to facilitate a one-time retrieval of all such Customer Data by providing Plaintiff with a complete export of all data associated with said account through Google Takeout or equivalent administrator-level export mechanism; and it is further

ORDERED that, sufficient reason having been shown pending the hearing of the plaintiff's application for a preliminary injunction, but in no event beyond 14 days from the entry of this order, unless

extended by the Court, Defendant Google LLC is temporarily restrained and enjoined from deleting, destroying, modifying, or transferring any Customer Data associated with the Google Workspace account for Google Support Case Number 68548212, and is directed to preserve all such data in its present state pending the hearing on Plaintiff's application for a Preliminary Injunction; and it is further

ORDERED, that security in the amount of $0.00, as Plaintiff is proceeding pro se and the balance of hardships weighs overwhelmingly in Plaintiff's favor be posted by the plaintiff[s] prior to _____, _____ at _____ a.m/p.m.; and it is further

ORDERED, that Defendant Google LLC shall file with this Court and serve upon Plaintiff a sworn declaration within 48 hours of service of this Order, executed by a person with personal knowledge, confirming: (a) the current status, location, and integrity of all Customer Data associated with the Google Workspace account identified by Support Case Number 68548212; (b) that no deletion, modification, or transfer of such Customer Data has occurred since the date of account suspension; and (c) that no deletion, modification, or transfer of such Customer Data is scheduled or anticipated pending further order of this Court; and it is further

ORDERED, that personal service of a copy of this order upon the defendant[s] or his counsel on or before _____, _____ at _____ at a.m./p.m. shall be deemed good and sufficient service thereof; and it is further

ORDERED, that opposing papers, if any, shall be served by email and overnight courier upon Plaintiff David Goodman, [ADDRESS], New York, New York, Plaintiff Pro Se, received at his address on or before _____, _____ at _____ a.m./p.m.

DATED    April ___, 2026              _____
:
         New York, New York                    United States District Judge